FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT

NOV 08 2...

U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number(s): 5:18PO863-MLC |
| vs | |
| GABRIEL VILLALVA | Defendant's Attorney(s) WAIVED |

## JUDGMENT IN A CRIMINAL CASE

THE DEFENDANT pled guilty to violations 7343729, 7343726.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Violation Number |
|---|---|---|---|
| 36 C.F.R. § 7.13(j) | Foot travel in thermal area | September 14, 2018 | 7343729 |
| 36 C.F.R. §2.34(a)(4) | Disorderly conduct - creating hazardous condition | September 14, 2018 | 7343726 |

The defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violations 7373728, 7343727 are dismissed with prejudice on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's USM No: **N/A**

November 8, 2018
Date of Imposition of Sentence

Mark L. Carman
United States Magistrate Judge

11-8-18
Date

Rev. 05/25/2018

# IMPRISONMENT

The defendant was sentenced to time served in Laramie County, Wyoming Jail and the Yellowstone Detention Facility.

The defendant is given credit for time served.

---

# RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at

_____ , with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy Marshal

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of 5 years.

While on probation, the defendant shall not commit another federal, state, tribal, or local crime.

The defendant is banned from entering the exterior boundaries of Yellowstone National Park and Grand Teton National Park for a period of 5 years.

# FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| Citation Number | Assessment | Processing Fee | Restitution | Community Service Payment | Fine | Total Amount Due |
|---|---|---|---|---|---|---|
| 7343729 | $10.00 Remitted | $30.00 Remitted | | | | $40.00 |
| NOTES: | | | | | | |
| 7343726 | $10.00 Remitted | | | | | $10.00 |
| NOTES: | | | | | | |
| **Totals:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# FINE, RESTITUTION, and COMMUNITY SERVICE PAYMENT

The fine and/or restitution includes any costs of incarceration and/or supervision.  The fine, which is due immediately, is inclusive of all penalties and interest, if applicable.  Restitution, if applicable, is for response, assessment, restoration and monitoring activities for injuries to park system resources.

The defendant shall pay interest on any fine and/or restitution of more than Two Thousand Five Hundred Dollars ($2,500.00), unless the fine and/or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the below payment options are subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

The court has determined that the defendant does not have the ability to pay interest or penalties and it is ordered that:

The interest and penalties not be applied to fine and/or restitution.

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The total fine and other monetary penalties shall be due in full immediately. (NOT APPLICABLE)

---

## MONETARY OBLIGATIONS / FORFEIT PROPERTY